

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 4/9/2020 at 11:05 AM and filed on 4/9/2020
**Case Name:** MUSONZA v. COSTANZO et al
**Case Number:** [1:19-cv-02779-TSC](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER: Having considered the parties' communications regarding the current discovery dispute, the court hereby finds: 1) to the extent Plaintiff continues to seek racial and other personal data regarding Defendants' arrestees, the discovery requests are quashed absent argument from the Plaintiff regarding the relevance of such information; and, 2) by April 23, 2020, the Defendant shall provide Plaintiff with an Amended Table of Contents that specifically identifies each request for production associated with the specific documents they have produced. In all other respects, the court finds that the parties have failed to fully flush out their arguments and present them in an orderly and logical fashion. Moreover, the Defendants have failed to respond to the legal authority cited by the Plaintiff in support of his discovery requests, as well as failed to respond to at least two concessions Plaintiff appears to have made. Accordingly, by April 30, 2020 the parties shall file a Notice on the docket setting forth the remaining areas of dispute. The Notice shall contain the text of a single challenged discovery request, immediately followed by the Defendants' objections to the request, citing the appropriate legal authority. Immediately following Defendants' arguments, Plaintiff shall set forth his response, also citing appropriate legal authority. Immediately thereafter, Defendants shall provide their reply, with supporting legal authority. Each section shall be sufficiently organized and formatted so as to indicate where each parties' arguments begin and end. After the parties have fully provided the text of a discovery request, as well as their arguments in the fashion**

**explained above, the parties shall list the text of the next disputed discovery request and provide their arguments in the same fashion. In light of this discovery dispute and for good cause shown in Defendant's Motion to Stay Discovery [13], all other discovery deadlines are hereby STAYED pending further order of the court. Once the discovery dispute is resolved, the court is inclined to order the parties to continue exchanging written discovery and document production, to the extent possible. Signed by Judge Tanya S. Chutkan on 4/9/2020. (DJS)**

**1:19-cv-02779-TSC Notice has been electronically mailed to:**

Janice Lynn Cole     jlcole@wmata.com, etapp1@wmata.com

Yaida O. Ford     yford@fordlawpros.com, info@fordlawpros.com, staff@fordlawpros.com

**1:19-cv-02779-TSC Notice will be delivered by other means to::**