UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

TAPIWA MUSONZA

            Plaintiff,

    v.                          CASE NO.:  1:19-cv-02779 TSC/DAR

OFFICER CONSTANZO, et al.

            Defendants.

_____

**PLAINTIFF'S NOTICE OF REQUEST FOR CLARIFICATION REGARDING COURT'S ORDER DATED OCTOBER 15, 2020**

    Pursuant to this Honorable Court's order dated October 15, 2020, extending the stay it implemented in this matter, Plaintiff, after discussion with opposing counsel, seeks clarification on the parties' ability to submit discovery disputes that arose prior to this Court's October 15, 2020 Order to the sitting magistrate judge for resolution.  As this Court recalls, Defendants requested a stay on April 9, 2020, and this court granted it on the same.  Despite the stay, Defendants submitted a discovery dispute to this Court on April 30, 2020 and a resolution was reached by Magistrate Judge Robinson on August 31, 2020.  Prior to the ruling, Plaintiff raised a discovery dispute with Defendants.  Now, defendants contend that submitting such a dispute is a violation of the stay—which is contrary to the position defendants took when ***they*** had a dispute.

    Plaintiff raised a separate dispute with Defendant by letter June 29 and July 2 and the parties met and conferred on July 10, 2020. Since August 27, 2020, Plaintiff has attempted to

prepare a joint email with opposing counsel to submit to the Magistrate Judge Faruqui. On October 21, 2020, however, opposing counsel, Ms. Cole, stated that Plaintiff's issues are not appropriate to be heard by Judge Faruqui due to the stay and the fact that they are not related to any "outstanding discovery requests", the latter of which is entirely false. Plaintiff seeks clarification as to whether the parties may submit a discovery dispute to the Court for ruling during the pendency of the stay.

**Dated: October 22, 2020**

> Respectfully Submitted,
>
> */s/ Yaida O. Ford*
> Yaida O. Ford, Esq.
> D.C. Bar #497013
> Ford Law Pros P.C.
> 10 G Street, NE, Suite 600
> Washington, DC 20002
> Tel: 202-792-4946
> Email: yford@fordlawpros.com
> *Counsel for Tapiwa Musonza*