IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAPIWA MUSONZA** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | CASE NO.: 1:19-cv-02779 TSC |
| **OFFICER CONSTANZO, et al.** : | |
| : | |
| : | |
| **Defendants.** : | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR CLARIFICATION**

COME NOW Defendants, by and through undersigned counsel, and responds to Plaintiff's Motion for Clarification as follows:

Counsel for the parties have engaged in email correspondence seeking to resolve issues without Court involvement. Defense counsel believed that when she provided all videos related to this incident in a new format, *i.e.,* on a CD that also had the native software for the videos also downloaded on the CD, that the dispute about whether Plaintiff's had access to the native player disappeared, as did the problem of certain small "glitches" that sometimes occurred when the videos where played in formats other than the native player.

After receipt of the CD, Plaintiff's counsel raised new issues – emailed questions, not pertaining to the viewing of the videos themselves, but related to Plaintiff's counsel now demanding that Defendants provide new information, unrelated to any discovery request, about videos generally, including the make and model of all DVR equipment. The parties exchanged some emails on these new issues, but without resolution.

In the current status, there is no discovery served upon Defendants about which Plaintiff's

counsel could seek the intervention of the Magistrate Judge. Plaintiff's emailed questions do not pertain to written discovery between the parties. Plaintiff did not seek Defendants' consent before the filing of this motion.

Defendants recognize that the Magistrate Judge is available to hear and resolve discovery disputes. There is no discovery dispute, however, in the current status of the case, about which the parties could seek the help of the Magistrate Judge.

WHEREFORE, for the reasons set forth above, Defendants request that the Court deny Plaintiff's motion.

Respectfully submitted,

/s/ Ja*nice L. Cole,*
Janice L. Cole #440351
Senior Counsel II
600 Fifth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 962-2543
Facsimile: (202) 962-2550
E-mail: jlcole@wmata.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendants' Opposition was emailed via the court's electronic filing system on this 9th day of November 2020 to all counsel of record.

/s/ Ja*nice L. Cole,*
Janice L. Cole #440351