UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

TAPIWA MUSONZA

      *Plaintiff,*

  v.

OFC. JONATHAN E. COSTANZO, ET AL.               Case No. 1:19-cv-02779

      *Defendants.*

## **PLAINTIFF'S NOTICE OF DISCLOSURE OF POTENTIAL CONFLICT OF INTEREST**

Plaintiff Tapiwa Musonza, through counsel, hereby discloses to all parties in this matter the nature of a potential conflict of interest that his counsel has with the assigned judge in this case through their mutual service on the Judicial Nomination Commission of the District of Columbia.  It appears as though the conflict came to be on or about January 5, 2023.  The Court please take notice and take all appropriate measures that it deems fitting and appropriate.

January 13, 2023

Respectfully Submitted,

*/s/ Yaida O. Ford_____*
Yaida O. Ford, Esq.
D.C. Bar #497013
FORD LAW PROS P.C.
10 G Street, NE, Suite 600
Washington, DC 20002
Tel: 202-792-4946
Email: yford@fordlawpros.com
*Counsel for Plaintiff*