IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAPIWA MUSONZA, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:19-cv-02779 JMC |
| OFFICER CONSTANZO, *et al.*, | : | |
| | : | |
|     Defendants. | : | |

## MOTION FOR RECUSAL PURSUANT TO 28 U.S.C. §455

**COMES NOW** Defendants Costanzo and Ditrick ("Defendants"), pursuant to 28 U.S.C. §455(a), and hereby respectfully moves this Honorable Court to recuse itself from the instant case, for the reasons set forth more fully in the attached Memorandum, because the Court's impartiality would be subject to question by an average citizen.

DATE: January 30, 2023          Respectfully submitted,

                                           */s/ Janice L. Cole*
                                           Janice L. Cole, (#440351)
                                           Senior Counsel II
                                           T: (202) 962-2543
                                           F: (202) 962-2550
                                           Email: jlcole@wmata.com

                                           */s/ Neal M. Janey, Jr.*
                                           Neal M. Janey, Jr. (#995449)
                                           Senior Counsel II
                                           T: (202) 627-4540
                                           F: (202) 962-2550
                                           Email: nmjaney@wmata.com

                                           WMATA Legal Department
                                           300 Seventh Street, S.W.

Washington, D.C. 20024

*Attorney for Defendants*

## ATTEMPT TO SEEK CONSENT TO THIS MOTION

Defendants emailed Plaintiff's counsel and the Court on January 17, 2023, informing her that it intended to file this motion for recusal. No response was forthcoming other than a comment by Plaintiff's counsel finding it "interesting" -- for reasons unnecessary to enumerate here – that Defendants would file the motion. Defendants assume that there is no consent.

<u>*/s/ Janice L. Cole*</u>
Janice L. Cole, Esquire (#440351)

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing **Defendants' Motion For Recusal, Memorandum and Proposed Order** were electronically filed and served by this Court's electronic filing system on this 30th day of January 2023 on:

Yaida O. Ford
Managing Attorney
Ford Law Pros P.C.
1001 L Street, SE
Washington, DC 20003
Counsel for Plaintiff

<u>*/s/ Janice L. Cole*</u>
Janice L. Cole, Esquire (#440351)