# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAPIWA MUSONZA, <br><br> Plaintiff, <br><br> v. <br><br> OFC. JONATHAN COSTANZO, <br><br> Defendant. | Case No. 1:19-cv-02779-JMC |

## PLAINTIFF'S MOTION FOR CONFERENCE UNDER RULE 16(a)

Plaintiff, through counsel, requests a conference under FRCP Rule 16(a) to "facilitate in other ways the just, speedy, and inexpensive disposition of the action" (FRCP 16(c)(2)(P)). Plaintiff sought the consent of opposing counsel, who did not respond because she is out of the office until June 10, 2024.

The rule states that "in any action, the court may order the attorneys and any unrepresented parties to appear for one or more pretrial conferences for such purposes as: (1) expediting disposition of the action; (2) establishing early and continuing control so that the case will not be protracted because of lack of management; (3) discouraging wasteful pretrial activities; (4) improving the quality of the trial through more thorough preparation; and (5) facilitating settlement.

Plaintiff believes a conference is appropriate at this juncture since the case has been pending since 2019 without discovery having been completed. Given the significant factual disputes in the case, Plaintiff does not believe the court will grant summary judgment, however, if there is any likelihood that the court would grant Defendant's motion, even in part, Plaintiff would

like the opportunity to discuss other options for disposal of the case before that occurs. While it is certainly within the court's purview to consider the record and make that determination, Plaintiff prays that the court grant the relief he is requesting.

Dated: May 24, 2024

Respectfully Submitted,

/s/ Yaida O. Ford
Yaida O Ford, Esq. (108529)
FORD LAW PROS PC
1001 L Street, SE
Washington DC 20003
(202)792-4946
(202)827-7881
*yford@fordlawpros.com*
Counsel for Plaintiff